IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 07-cv-00235-ZLW-MJW

ABDO WAKO LUGU,

    Petitioner/Plaintiff,

v.

ALBERTO GONZALES, Attorney General of the United States;
ROBERT MULLER III, Director of the Federal Bureau of Investigation;
MICHAEL CHERTOFF, Secretary of the Department of Homeland Security;
EMILIO GONZALEZ, Director, United States Citizenship and Immigration Services; and
MARY MISCHKE, Acting Denver District Director of the United States Citizenship and Immigration Services,

    Respondents/Defendants.

_____

ORDER OF DISMISSAL
_____

The matter before the Court is a Stipulated Motion For Dismissal signed by the attorneys for the parties hereto. In consideration thereof, it is

ORDERED that the Stipulated Motion For Dismissal is granted. It is

FURTHER ORDERED that the Complaint and cause of action are dismissed with prejudice, the parties to pay their own costs and attorney's fees . It is

FURTHER ORDERED that the hearing on Wednesday, June 13, 2007, at 2:00 p.m. is vacated. It is

FURTHER ORDERED that Defendants' Motion For Remand, Or, In The Alternative, For A Stay Or Dismissal (Doc. No. 3) is moot.

DATED at Denver, Colorado, this   23   day of May, 2007.

BY THE COURT:

*Zita L. Weinshienk*
ZITA L. WEINSHIENK, Senior Judge
United States District Court